(December 6, 1923.)

W. T. BOOTH, Plaintiff, v. ETHEL T. CLARK, as County Treasurer and *Ex-officio* Tax Collector of Ada County, Idaho, Defendant.

[222 Pac. 779.]

Original proceeding for writ of mandate. *Writ issued.*

Richards & Haga and Charles H. Darling, for Plaintiff.

A. H. Conner, Attorney General, James L. Boone, Assistant, Laurel Elam and Carl A. Burke, for Defendant.

Fred C. Erb, George Donart, Harris, Stinson & Harris, J. B. Eldridge, E. A. Walters, R. P. Parry and J. A. Gallaher, *Amici Curiae.*

BUDGE, C. J.—This is an original application for writ of *mandamus* directed to defendant, as county treasurer and *ex-officio* tax collector of Ada county, Idaho, directing her to accept delinquent taxes and interest thereon and to issue to plaintiff proper receipts and a tax deed therefor. The facts and questions of law are substantially the same as those presented to this court in the case of *Washington County v. Paradis, ante,* p. 364, 222 Pac. 775. Upon the authority of that case it is ordered that the writ issue. Costs are awarded to plaintiff.

McCarthy, Dunn, William A. Lee and Wm. E. Lee, JJ., concur.